# Order

Michigan Supreme Court
Lansing, Michigan

December 10, 2014

149622

ASSOCIATED BUILDERS AND
CONTRACTORS,
              Plaintiff-Appellant,

v

CITY OF LANSING,
              Defendant-Appellee.

_____/

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
*Justices*

SC: 149622
COA: 313684
Ingham CC: 12-000406-CZ

On order of the Court, the application for leave to appeal the May 27, 2014 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed: (1) whether *Attorney General, ex rel. Lennane v City of Detroit*, 225 Mich 631 (1923), should be overruled; and (2) what authority, if any, enabled defendant to enact its prevailing wage ordinance.

The Michigan Building and Construction Trades Council and the Michigan State AFL-CIO are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 10, 2014



Clerk

p1203